■ SUSAN REISER, Appellant, v. BERT REISER, Respondent.— Order of the Supreme Court, Nassau County, dated January 4, 1967, affirmed insofar as appealed from, without costs. No opinion. Appeal from order of said court dated December 15, 1966 dismissed, without costs, as academic. That order was superseded by the order dated January 4, 1967, which granted appellant's motion for reargument and adhered to the original decision. Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.

■ ANNA SACCANI, Appellant, v. CITY OF NEW YORK, Respondent.— Order of the Supreme Court, Kings County, dated July 12, 1966, modified by striking therefrom the words "in all respects denied" and substituting the following: "granted to the extent of directing defendant to produce all available records in its possession concerning the condition of the sidewalk area in question for a period of three years prior to the date of the accident." As so modified, order affirmed, with $10 costs and disbursements to appellant. In our opinion, limiting the information to a period of two years from the date of the accident was unreasonable. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ AUDREY TRUSSEL, Appellant, v. GERALD TRUSSEL, Respondent.— Judgment of the Supreme Court, Nassau County, dated March 28, 1966, modified, on the law and the facts, by striking out of its second decretal paragraph the direction for dismissal of the third cause of action and by adding a decretal paragraph directing that defendant account to plaintiff for all securities purchased in the joint names of the parties and for the profits and dividends thereon. As so modified, judgment affirmed insofar as appealed from, without costs. The action is remitted to the court below for further proceedings consistent herewith. The record shows that defendant was active in purchasing securities, paid for to the extent of $21,000 by plaintiff, which were jointly owned. His purchases and profits and dividends therefrom should be accounted for by him. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CORNELIUS LUCAS, Appellant.— Motion by appellant to dispense with printing and for assignment of counsel on appeal from an order of the Supreme Court, Kings County, dated January 27, 1967, which denied his motion to dismiss the indictment. Motion denied. The order is not appealable (Code Crim. Pro., § 517). Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex. rel. ALBERT MASELLI, Appellant, v. WARDEN OF WESTCHESTER COUNTY JAIL, Respondent.— Motion by appellant for leave to appeal as a poor person and for assignment of counsel on his appeal from a judgment of the Supreme Court, Westchester County, dated January 9, 1967, dismissing a writ of habeas corpus. Motion denied. It appears that the appeal is moot as appellant has been sentenced upon conviction of murder in the first degree and he is no longer in respondent's custody. Brennan, Acting P. J., Rabin, Hopkins, Benajmin and Munder, JJ., concur.